UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:13-cr-48-T-30TBM

WARREN GOLD

**FORFEITURE MONEY JUDGMENT
AND PRELIMINARY ORDER OF FORFEITURE**

The United States moves, under 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment against defendant Warren Gold (Doc. 263) in the amount of $713,570.50, representing the amount of proceeds he obtained as a result of the conspiracy to distribute and to dispense controlled substances not for legitimate purpose and not in the usual course of medical practice as charged in Count One of the Indictment, and a preliminary order of forfeiture for the following asset:

> Funds in the amount of $61,232.31, which were seized from Wells Fargo Bank checking account number 2000060506034.

The defendant pleaded guilty to Count One, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C), and 856(b); and Count Nineteen, conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 1956(h), 1957, 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(a)(1)(B)(ii).  Being fully advised in the relevant facts, the court finds that the defendant obtained proceeds in the amount of $713,570.50 as a result of the offense charged Count One, which proceeds were then laundered through accounts controlled by the defendant and his co-conspirator wife, Aigoul Iplaeva Gold, as charged in Count

Nineteen. The Court further finds that the $61,232.31 seized from Wells Fargo Bank checking account number 2000060506034 constitutes proceeds of Count One and property involved in Count Nineteen.

Accordingly, the motion (Doc. 263) of the United States is **GRANTED**. It is **ORDERED** that a forfeiture money judgment is hereby GRANTED against the defendant, who shall be jointly and severally liable with co-defendant Aigoul Iplaeva Gold in the amount of $713,570.50, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

The $61,232.31 is FORFEITED to the United States of America for disposition according to law pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

The court retains jurisdiction to effect the forfeiture and disposition of the $61,232.31 and any other property belonging to the defendant that the United States may seek as substitute assets under 21 U.S.C. § 853(p) to satisfy the defendant's $713,570.50 money judgment.

**DONE AND ORDERED** in Tampa, Florida, on April 13, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2013\13-cr-48 forfeit Gold 263.docx

2