UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-48-T-30TBM

WARREN GOLD
AIGOUL IPLAEVA GOLD

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 298), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for $61,232.31 in funds seized from Wells Fargo Bank checking account number 2000060506034.

On April 13, 2015, the Court entered a Forfeiture Money Judgment and Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest in the above asset, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1). Docs. 281 and 282.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from April 14, 2015 through May 13, 2015. Doc. 294. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue,

Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person or entity, other than the defendants, whose interests were forfeited to the United States in the Preliminary Order of Forfeiture, and Diversified Medical Solutions, LLC (no claim was filed), are known to have an interest in the asset. No third party has filed a petition or claimed an interest in the asset, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 298) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the $61,232.31 in funds seized from Wells Fargo Bank checking account number 2000060506034 is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 9th day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-48 Gold FJ forfeit 298.docx